Benjamin Saglimbeni, by Carmela Saglimbeni, His Guardian ad Litem, Respondent, *v.* West End Brewing Company, Appellant.

Carmela Saglimbeni, Respondent, *v.* West End Brewing Company, Appellant.

Argued January 10, 1949; decided February 24, 1949.

*Warnick J. Kernan* and *James S. Kernan, Jr.,* for appellant.
*H. E. Blodgett* for respondents.

In each action: Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.